FILED & ENTERED

JUN 25 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygleen DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Maria Del Carmen Rodriguez,<br><br><br><br><br><br><br>Debtor. | Case No.: 6:12-BK-15287-MH<br><br>Chapter: 7<br><br>**ORDER TO SHOW CAUSE WHY JUAN JOSE ZAMORA SHOULD NOT BE FINED**<br><br>Date:     July 27, 2012<br>Time:    10:00 a.m.<br>Location: Courtroom 304<br>              3420 Twelfth Street<br>              Riverside, CA 92501 |

Court records show that Juan Jose Zamora has filed documents in multiple cases in U.S. Bankruptcy Court for the Central District of California, Riverside Division. Based on the similarities in the documents and the fact that the documents were filed by Juan Jose Zamora, and not the Debtor, it appears that the documents were prepared by Juan Jose Zamora. Juan Jose Zamora was not disclosed as the bankruptcy petition preparer on the documents filed.

Title 11 of the United States Code, Section 110, subsection (b) requires a bankruptcy petition preparer to sign and print his or her name and address on every document he or she prepares for filing; and

Order to Show Cause - 1

Title 11 of the United States Code, Section 110, subsection (c) requires a bankruptcy petition preparer to place an identifying mark on each document he or she prepares for filing. In the case of an individual, the identifying mark shall be that person's social security number; and

Title 11 of the United States Code, Section 110, subsection (g) provides that a bankruptcy petition preparer shall not receive or collect from the debtor the court filing fees related to filing the petition.

Title 11 of the Untied States Code, Section 110, subsection (l) provides for a fine of up to $1,500.00 for failure to comply with requirements of Section 110.

**JUAN JOSE ZAMORA IS ORDERED TO APPEAR** at a hearing in this case on July 27, 2012, at 10:00 a.m., at 3420 Twelfth Street, Riverside, CA 92501, in Courtroom 304, to explain the relationship between Juan Jose Zamora and the Debtor; to explain why Juan Jose Zamora failed to comply with 11 U.S.C. §§ 110(b), (c) and (g); and to show cause why Juan Jose Zamora should not be fined.

If Juan Jose Zamora was not involved in the preparation of the documents in this case, Juan Jose Zamora is directed to bring information indicating who gave the documents to Juan Jose Zamora for filing and who prepared the documents Juan Jose Zamora filed.

Failure to appear or to provide the information requested may result in the imposition of a fine under 11 U.S.C. § 110(l).

###

DATED: June 25, 2012

United States Bankruptcy Judge

Order to Show Cause - 2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER TO SHOW CAUSE WHY JUAN JOSE ZAMORA SHOULD NOT BE FINED** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **6/25/12** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Juan Jose Zamora
1510 W. 56th St.
Los Angeles, CA 90062

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page